In the Matter of Henry WAGNER, as Surviving Partner of the Copartnership Consisting of Henry Wagner and Louis Rubin, Deceased, Doing Business under the Firm Name and Style of PARK FURNITURE COMPANY, Bankrupt.

Bessie LEVY, Claimant-Appellant, v. IRVING TRUST CO., Trustee-Appellee.

No. 98.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1932.

Arthur Greenberger, of New York City (Martin Berlin, of Brooklyn, N. Y., of counsel), for appellant.

Nathan B. Fogelson, of New York City, for trustee-appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed.

Galen H. WELCH, Collector of Internal Revenue for the Sixth Collection Dist. of Calif., Appellant, v. OBISPO OIL CO., A Corporation, Appellee.

No. 6977.

Circuit Court of Appeals, Ninth Circuit.

Nov. 14, 1932.

For former opinion, see 48 F.(2d) 872.

Samuel W. McNabb, U. S. Atty., and Ignatius F. Parker and Alva C. Baird, Asst. U. S. Attys., all of Los Angeles, Cal., for appellant.

Miller, Chevalier, Peeler & Wilson and Joseph D. Peeler, of Los Angeles, Cal., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and CAVANAH, District Judge.

PER CURIAM.

Upon joint motion of counsel for both parties, ordered cause remanded to District Court, for new trial.